UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAURA MYERS, | ) | 3:09-CV-00462-LRH-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | STIPULATION FOR EXTENSION OF |
| Commissioner of Social Security | ) | TIME TO RESPOND TO COMPLAINT |
| | ) | AND ORDER |
| Defendant. | ) | |

COMES NOW the Commissioner of Social Security ("Commissioner"), through his undersigned attorney, United States Attorney DANIEL G. BOGDEN, and HOLLY A. VANCE, Assistant U.S. Attorney, and Plaintiff Laura Myers through her undersigned counsel, John Boyden, and stipulate for a 30-day extension of time from February 15, 2010 until March 17, 2010, within which to respond to file an Answer to Plaintiff's Complaint.

Counsel for Commissioner must consult with agency representatives within the Social Security Administration regarding the possibility of a voluntary remand prior to filing an Answer based on possible errors in the ALJ's decision. Such consultation is necessary for Commissioner's counsel to properly respond to Plaintiff's motion.

Plaintiff's counsel does not oppose this request for an extension until March 17, 2010.

Dated this 11th day of February, 2010.

| | |
|---|---|
| DANIEL G. BOGDEN<br>United States Attorney | JOHN C. BOYDEN |
| By: /s/ Holly A. Vance<br>HOLLY A. VANCE, Esq.<br>Assistant United States Attorney | By: /s/ John C. Boyden<br>JOHN C. BOYDEN, Esq.<br>Erickson, Thorpe & Swainston, Ltd. |
| Attorney for Defendant | Attorney for Plaintiff |

IT IS SO ORDERED:

DATED: February 12, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE